PROB 12C
(7/93)

# United States District Court

## for

## District of New Jersey

## Petition for Warrant or Summons for Offender Under Supervision

**Name of Offender:** Robert Schuman             **Docket Number:** 01-00626-001
                                                **PACTS Number:** 30369

**Name of Sentencing Judicial Officer:** The Honorable William H. Walls, District Court Judge

**Date of Original Sentence:** January 24, 2002

**Original Offense:** Bank Robbery, Count One through Three, and Bank Robbery, Count One through Three, **(Docket No.: 01-516-01 Eastern District of Philadelphia, Pennsylvania transfer)**, in violation of 18 U.S.C. § 2113 (a), a Class C felony.

**Original Sentence:** 114 months imprisonment on each of counts 1-3 on this judgement and on each of counts 1-3 in 01-516 all to run concurrent; 3 years supervised release with the following special conditions: Drug aftercare, Financial disclosure, Mental health aftercare, and No New debt. Additionally, he was ordered to pay restitution in the amount of $13,372, and a special assessment of $300, was also imposed.

**Type of Supervision:** Supervised Release          **Date Supervision Commenced:** 03/03/09

**Assistant U.S. Attorney:** Diana Carrig, 401 Market St., 4th Floor, P.O. Box 2098, Camden, New Jersey 08101, (609) 757-5026

**Defense Attorney:** Anne Blanchard, 22 South Clinton Avenue, Station Plaza, #4 Fourth Floor, Trenton, New Jersey 08609, (609) 989-2160

---

## PETITIONING THE COURT

[X] To issue a warrant (SEALED)
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
| --- | --- |
| 1. | The offender has violated the supervision condition which states **The defendant shall participate in a mental health program for evaluation and/or treatment as directed by the U.S. Probation Office. The defendant shall remain in treatment until satisfactorily discharged and with the approval of the U.S. Probation Office.'** |
| | On July 23, 2009, the offender was referred to Dr. Gregory Joseph, Psychologist located at 12000 Lincoln Drive West, Suite 105, Marlton, New Jersey for outpatient mental health treatment. Additionally, he was referred to Dr. Deerfield, Psychiatrist located at 2301 Evesham Road, Suite 204, Voorhees, New |

Jersey, for medication monitoring. The offender failed to attend scheduled appointments on November 3, 2009, with both treatment providers. Additionally, the offender had knowledge that the undersigned would meet him at his November 3, 2009, appointment with Dr. Deerfield, the offender appeared 45 minutes after his scheduled appointment and could not be seen. Schumann provided no real explanation for his missed appointment.

2. The offender has violated the supervision condition which states ' **You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

On October 22, 2009, the offender submitted to a random urine testing conducted by the undersigned and the results were positive for morphine. The urine specimen was forwarded to the Kroll Laboratories for confirmation. On October 27, 2009, the results were confirmed positive for morphine, as well as, indication of an attempt to dilute the specimen. It should also be noted that the offender failed to appear on November 2, 2009, for a random urine test in the Camden Office.

Again on November 3, 2009, as a result of Schumann's agitated state while at the office of Dr. Deerfield, the undersigned conducted a random urine specimen and the instant results were positive for cocaine, as such the specimen was forwarded to Kroll Laboratories for confirmation. On November 9, 2009, the results confirmed positive for cocaine.

3. The offender has violated the supervision condition which states **The defendant shall refrain from the illegal possession and/or use of drugs and shall submit to urinalysis or other forms of testing to ensure compliance. It is further ordered that the defendant shall submit to drug treatment, on an outpatient or inpatient basis, as directed by the U.S. Probation Office. The defendant shall abide by the rules of any program and shall remain in treatment until satisfactorily discharged with the approval of the U.S. Probation Office.**'

On March 5, 2009, the offender was referred to Genesis Outpatient substance abuse program, located at 1000 Atlantic Avenue, Kyle Will Building Family Health Center, 2nd Floor, Camden, New Jersey. The offender was enrolled in an intensive outpatient program as a result of an extensive substance abuse history. He was to attend the program three days a week for three hour sessions. Schumann failed to attend treatment as scheduled, and has not attended treatment since September 30, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

By: Valencia K. Sherrer

*Valencia K. Sherrer*

Senior U.S. Probation Officer
Date: 11/18/09

PROB 12C - Page 3
Robert Schuman

THE COURT ORDERS:

[✓] The Issuance of a Warrant
[ ] The Issuance of a Summons.  Date of Hearing: _____
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

30 November 2009
Date