**UNITED STATES DISTRICT COURT**
**PROBATION OFFICE**
**DISTRICT OF NEW JERSEY**

**CHRISTOPHER MALONEY**
CHIEF PROBATION OFFICER

**MICHAEL A. McLEAN**
SUPERVISING U.S. PROBATION OFFICER

**JOHN A. SKORUPA**
SUPERVISING U.S. PROBATION OFFICER

December 14, 2009

109 U.S. COURTHOUSE
402 EAST STATE ST.
TRENTON, NJ 08608
(609) 989-2071
FAX: (609) 989-2367
www.njp.uscourts.gov

The Honorable William Walls
United States District Court Judge
Martin Luther King, Jr., Federal Building & Courthouse
P.O. Box 0999
Newark, New Jersey 07102-0999

RE: Schuman, Robert
DKT'S# 00-0516-01/00626-01
**REQUEST FOR REASSIGNMENT**
**OF VIOLATION OF SUPERVISED**
**RELEASE HEARING**

Dear Judge Walls,

On November 18, 2009, the undersigned notified the Court, of the alleged violation of the above-named individual, and requested that a warrant be issued for his arrest, as a result of the said violations. On November 30, 2009, Your Honor issued a warrant for Schuman's arrest, and on December 4, 2009, the U.S. Marshal's Service executed the warrant.

On December 4, 2009, Schuman appeared before The Honorable Karen M. Williams, U. S. Magistrate Judge, in Camden, New Jersey. At that time, with representation of Lori Koch, Assistant Federal Public Defender, Schuman consented to detention, and was remanded to the custody of the U.S. Marshal's Service. A hearing was set to be held before Your Honor on December 16, 2009, at 9:30 a.m.

At this time, our office is requesting that the Violation of Supervised Release hearing be permitted to be reassigned to a District Court Judge in Camden. At present, the offender is being held in the Federal Detention Center located in Philadelphia, Pennsylvania. The undersigned is requesting the transfer for logistical reasons only. It is my further understanding that Your Honor has no objections to the transfer, and at this time, as matter of record request that Your Honor indicate so below:

Court has No Objections to reassignment of Violation of Supervised Release to be heard in Camden _____